IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 7:18cr675 |
| | ) | |
| vs. | ) | |
| | ) | |
| STACY HUGH JOHNSON | ) | |

NOTICE OF APPEARANCE

Maxwell B. Cauthen, III, Assistant United States Attorney, hereby gives notice to this Court and to the defendant that he is counsel for the United States in the above-captioned case.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

Maxwell B. Cauthen, III
Assistant United States Attorney
D.C. Bar No. 6732
55 Beattie Place, Ste 700
Greenville, SC 29601
864-282-2100